UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 15358
   FREDERICK B SIGURDSON
   KELLIE K SIGURDSON                     CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-7345    SSN XXX-XX-9988
```

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1.  The case was filed on 11/22/06 .

   2.  The case was dismissed without confirmation, 07/20/2007.

   3.  The Debtor paid a total of $ 10412.48 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| PERSONAL FINANCE | SECURED VEHIC | .00 | .00 | 551.69 |
| WILL COUNTY TREASURER | SECURED | NOT FILED | .00 | 269.35 |
| ILLINOIS DEPT REVENUE | SECURED | .00 | .00 | 124.98 |
| INTERNAL REVENUE SERVICE | SECURED | .00 | .00 | 1312.50 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | SPECIAL CLASS | NOT FILED | .00 | .00 |
| ECMC | SPECIAL CLASS | NOT FILED | .00 | .00 |
| PERSONAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL FEE FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| THE CABLES | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |

```
PRINCIPAL PAID          2258.52            .00           .00           .00       2258.52
INTEREST PAID               .00            .00           .00           .00           .00
TOTAL PAID              2258.52            .00           .00           .00       2258.52
```

The Debtor's attorney, GARY L SHILTS                    , was allowed $   2400.00
and was paid $   1200.00  direct and $   1200.00  through the plan.

The Trustee received $     124.06 .

Refunds to the Debtor totaled $    6829.90 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/10/07                    /S/
                                          GLENN STEARNS
                                        CHAPTER 13 TRUSTEE